UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

ADRIAN JOSE BRITO VELASQUEZ,

Petitioner,

v.

PATRICK DIVVER, Field Office Director of Enforcement and Removal Operations, San Diego Field Office, Immigration and Customs Enforcement, et al.,

Respondents.

Case No.: 3:26-cv-1904-CAB-JLB

**ORDER GRANTING A WRIT OF HABEAS CORPUS**

Pending before the Court is Petitioner Adrian Jose Brito Velasquez's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. [Doc. No. 1 ("Petition").] Petitioner alleges that he entered the United States on September 1, 2023 seeking asylum, was detained, and then released on his own recognizance. [Petition at 4.] He further alleges he was recently re-detained when he "was leaving his home when he crossed paths with an officer." [*Id.*] Petitioner's removal case remains pending before the immigration court and no final order of removal has been issued. [*Id.*] Petitioner claims that his re-detention is unlawful.

1

Respondents do not contest any of Petitioner's asserted facts. [Doc. No. 4.] Indeed, they confirm that "Petitioner was previously released from immigration custody on conditional parole issued under 8 U.S.C. § 1226(a)" and do not make any arguments regarding why that parole was revoked or why Petitioner is now supposedly subject to detention under 8 U.S.C. § 1225(b)(2)(A). [*Id.* at 2.]  Moreover, Respondents "do[] not oppose the petition and defer[] to the Court on the appropriate relief." [*Id.* at 3.]

The Court therefore **GRANTS** a writ of habeas corpus based on the reasoning the Court has articulated in similar cases. *E.g.*, *Tokhi v. LaRose, et al.*, Case No. 3:26-cv-0803-CAB-VET (S.D. Cal. Feb 19, 2026).  Respondents are **ORDERED** to immediately release Petitioner Adrian Jose Brito Velasquez under the same conditions of release that existed immediately prior to his most recent re-detention.

The Clerk of the Court shall close the case.

It is **SO ORDERED**.

Dated: April 14, 2026

Hon. Cathy Ann Bencivengo
United States District Judge